UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
E. ARMATA, INC.

                   Plaintiff,

     - against -

SUBZI MANDI, INC. and JAGIR SINGH

                  Defendants.
------------------------------------------------------------------X

Civil No. 1:09-cv-09791 (RMB)

ORDER TO SHOW CAUSE FOR
DEFAULT JUDGMENT

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # DATE FILED: 1/12/10]

[stamp: RECEIVE JAN 1 2 2010 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.]

Upon the affidavit of Gregory Brown, sworn to the day of January 11, 2010, and the exhibits annexed thereto, and all other papers and proceedings heretofore had herein, and sufficient cause appearing therefor, it is

ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 21B, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on ~~January~~ February 16, 2010, at 10:00 o'clock in the a.m. of that day, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure directing entry of a default judgment in favor of plaintiff and against defendants, jointly and severally; and it is further

ORDERED that personal service of a copy of this order and the papers on which it is based on defendants or before January 22, 2010, shall be deemed good and sufficient service thereof. Defendant's response, if any, shall be submitted on or before February 8, 2010, at 12:00 p.m.

DATED:     New York, New York
             January 12, 2010

RMB

Hon. Judge Richard Berman, U.S.D.J.